1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   TROY MAGARRELL,                    No. CIV S-08-0229-LEW-CMK-P

12              Plaintiff,

13       vs.                             <u>ORDER</u>

14   GARRETT METAL DETECTORS,
      et al.,

15

16              Defendants.

17   _____/

18              Plaintiff, a state prisoner proceeding pro se, brings this civil action.  The matter

19   was referred to a United States Magistrate Judge pursuant to Eastern District of California local

20   rules.

21              On February 4, 2008, the magistrate judge filed findings and recommendations

22   herein which were served on the parties and which contained notice that any objections to the

23   findings and recommendations were to be filed within 20 days.  Timely objections to the

24   findings and recommendations have been filed.

25   / / /

26   / / /

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations filed February 4, 2008, are adopted in full;

2.      This action is dismissed; and

3.      The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED

Date: February 29, 2008

_____

Honorable Ronald S.W. Lew

Senior, U.S. District Court Judge

2