IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY MAGARRELL, | No. CIV S-08-0229-LEW-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| GARRETT METAL DETECTORS, et al., | |
| Defendants. | |

   Plaintiff, a state prisoner proceeding pro se, brings this civil action. Pending before the court is plaintiff's request for a certificate of appealability (Doc. 13). Because certificates of appealability are only required to appeal a final judgment in a habeas corpus action, plaintiff's request is denied is unnecessary. This action remains closed.

   IT IS SO ORDERED.

DATED: March 26, 2008

                   _____
                   **CRAIG M. KELLISON**
                   UNITED STATES MAGISTRATE JUDGE